JOHN G. HARBOTTLE et al., Appellants, *v.* JOHN FARRELL et al.
Respondents.

(Submitted October 7, 1887; decided October 25, 1887.)

*Hannibal Smith* for appellants.

*Porter & Walts* for respondents.

Agree to dismiss appeal on the ground that the amount in controversy is less than $500; no opinion.
All concur.
Appeal dismissed.

---

ELISHA M. SHURTLEFF, Respondent, *v.* THE UTICA AND BLACK
RIVER RAILROAD COMPANY, Appellant.

(Submitted October 7, 1887; decided October 25, 1887.)

*A. M. Beardsley* for appellant.

*Porter & Walts* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JOHN D. HAMILTON, Appellant, *v.* WILLIAM AUSTIN et al.,
Respondents.

(Argued October 9, 1887; decided October 25, 1887.)

*George F. Hine* for appellant.

*William G. Tracy* for respondents.

Agree to affirm and for judgment absolute against appellant on stipulation.
All concur.
Order affirmed and judgment accordingly.